Bula E. Croker, Respondent, *v.* Ethel White, Appellant.

(Argued October 9, 1929; decided October 22, 1929.)

*Frederick R. Ryan* and *Samuel A. Adamson* for appellant. *Edmund L. Mooney* and *Wilber W. Chambers* for respondent.

Judgment reversed, with costs in all courts, and motion for summary judgment denied, with ten dollars costs on authority of *Croker* v. *Croker* (252 N. Y. 24); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.